IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LONG NGUYEN,

    Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,[1]

    Defendant.

No. CIV S-05-2191 DFL DAD

ORDER

This Social Security action was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636, et seq., and Local Rule 72-302.

On December 13, 2006, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within twenty days. Neither party has filed objections to the findings and recommendations.

/////

/////

---

[1] On February 12, 2007, Michael J. Astrue, became the Commissioner of Social Security. Mr. Astrue is substituted as defendant in this suit pursuant to 42 U.S.C. § 405(g) and Fed. R. Civ. P. 25(d)(1).

1

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 13, 2006, are adopted in full;

2. Plaintiff's motion for summary judgment and/or remand is granted;

3. Defendant's cross-motion for summary judgment is denied; and

4. The decision of the Commissioner of Social Security is reversed and this case is remanded for rehearing consistent with the analysis set forth in the findings and recommendations.  <u>See</u> 42 U.S.C. § 405(g), Sentence Four.

DATED:   March 19, 2007

/s/ David F. Levi
UNITED STATES DISTRICT JUDGE