McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
JACQUELINE A. FORSLUND
Special Assistant United States Attorney

   333 Market Street, Suite 1500
   San Francisco, California  94105
   Telephone:  (415) 977-8943
   Facsimile:  (415) 744-0134
   E-Mail: Jacqueline.A.Forslund@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO  DIVISION**

| | |
|---|---|
| LONG NGUYEN,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 2:05-cv-02191-RRB-DAD<br><br>STIPULATION AND ORDER AWARDING EAJA ATTORNEY FEES |

    IT IS HEREBY STIPULATED by the parties, through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees under the Equal Access to Justice Act in the amount of AMOUNT IN THREE THOUSAND FIVE HUNDRED DOLLARS AND ZERO CENTS ($3,500.00).  This amount represents compensation for legal services rendered on behalf of Plaintiff by counsel in connection with this civil action for services performed before the district court in accordance with 28 U.S.C. § 2412(d).

    This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and does not constitute an admission of liability on the part of Defendant under the EAJA.  Payment in the aforementioned sum under EAJA shall constitute a complete release from and bar to any and all

claims, rights, causes of action, liens or subrogated interests relating to attorneys fees incurred in this action under EAJA.

The settlement of Plaintiff's claim for EAJA attorney fees does not preclude Plaintiff's counsel from seeking attorney fees under 42 U.S.C. § 406(b) of the Social Security Act, subject to the offset provisions of the law.

Respectfully submitted,

Dated: July 19, 2007  /s/ *Gina Fazio*
(As authorized via facsimile)
GINA FAZIO
Attorney for Plaintiff

Dated: July 19, 2007  McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

/s/ *Jacqueline A. Forslund*
JACQUELINE A. FORSLUND
Special Assistant U.S. Attorney

IT IS SO ORDERED:

Dated:   July 19, 2007

/s/ Ralph R. Beistline
THE HONORABLE RALPH R. BEISTLINE
United States District Court Judge